■ IRENE GERACI et al., Appellants, v. DOROTHY LAUDATO, Respondent.— In a negligence action to recover damages for injuries to person and property, plaintiffs appeal from an order of the Supreme Court, Suffolk County, dated April 18, 1961, which denied their motion for a preference in the trial of the action (Rules Civ. Prac., rule 151, subd. 3). Order reversed, with $10 costs and disbursements; motion for preference granted; action ordered to be placed on calendar for trial during June 1961 Term of Suffolk County Supreme Court. In our opinion a sufficient showing was made to entitle plaintiffs to a preference. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ JOHN F. ALBANO, Respondent, v. FRANK A. LA ROCCA, an Infant, et al., Appellants.— Motion by appellants for a stay of further proceedings granted to the extent of staying the assessment of damages, pending appeal; otherwise motion denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

# (June 8, 1961)

■ ELIZABETH A. DUNN, Respondent, v. LEONARD J. DUNN, Appellant.— Motion by appellant for a stay of all proceedings, pending appeal, granted on condition: (1) that appellant pay to respondent $10 a week in addition to the current alimony directed to be paid; and (2) that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes of the hearing before the Official Referee) and on the typewritten briefs of both parties; appellant's brief shall include a copy of the opinion, if any, of the court below. The parties are directed to file six copies of their respective typewritten briefs and to serve one copy on each other. Appellant's brief must be served and filed on or before August 21, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ PIERRE J. HUSS, Appellant, v. MARIANNE HUSS, Respondent.— Motion by appellant to dispense with printing denied. Motion by appellant to stay the hearings before the Official Referee as directed by the judgment appealed from, pending the appeal, granted on condition that the appeal be perfected and appellant be ready to argue or submit it at the October Term; beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 1, 1961. Cross motion by respondent for an allowance to her of a counsel fee upon appellant's motions to dispense with printing and for a stay, denied without prejudice to an application at Special Term, if respondent be so advised. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

# (June 12, 1961)

■ PETER C. AZZINARO, Respondent, v. BIANCO & PEPE, INC., Appellant.— Motion by respondent for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ BALDWIN KITCHEN CABINET CORP., Respondent, v. HYMAN ARTZ et al., Respondents, A&B HOME IMPROVEMENT CORP., et al., Appellants.— Motion by respondent Artz to dispense with printing of his brief, denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.